**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | **CASE NO:** |
| **GARY C. LOCKETT,** | : | **7:25-cr-5—WLS-ALS** |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

On May 18, 2026, Defendant filed a Presentence Investigation Report Objections of Gary C. Lockett (Doc. 47) ("Objections").[1] The Government is hereby **ORDERED** to file its response to the Objections by close of business on **Thursday, June 11, 2026.**

**SO ORDERED**, this 5th day of June 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

---

[1] Objections to the Draft Presentence Investigation Report (Doc. 42) was filed January 20, 2026, and objections thereto were due February 3, 2026. *See* Fed. R. Crim. P. 32(f)(1). Defense Counsel represents that the Government does not object to the lateness of the Objections. (Doc. 47 at 1).

1